UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

JUSTIN RODRIGUEZ,

          Plaintiff,

-against-

LOEWS HOTELS HOLDING
CORPORATION, LOEWS REGENCY NY
HOLDING, LLC, and LOEWS REGENCY
NY HOTEL LLC,

          Defendants.

---------------------------------------------------------- X

Civil Action No. 20-cv-05053 (LAP)

~~[PROPOSED]~~ **ORDER OF ATTORNEY WITHDRAWAL**

**IT IS HEREBY ORDERED THAT,** attorney Thomas Howley, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, is hereby withdrawn as counsel for Defendants Loews Hotels Holding Corporation, Loews Regency NY Holding LLC, and Loews Regency NY Hotel LLC (collectively, "Defendants") in the above-captioned matter and, as per the Notice of Appearance filed herewith, Marlin Duro is substituted as counsel. The clerk is hereby directed to remove Thomas Howley from the Court docket and designate his status as terminated.

Dated: March 17, 2022
       New York, New York

SEYFARTH SHAW LLP

By: */s/ Thomas Howley*
    Thomas Howley
    620 Eighth Avenue, 32nd Floor
    New York, New York 10018
    Telephone: (212) 218-5500
    Fax: (212) 218-5526
    *Attorneys for Defendants*

SO ORDERED.

*/s/ Loretta A. Preska*
Honorable Loretta A. Preska
United States District Judge

3/17/22

80426727v.2

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record:

>Randy E. Kleinman
>Gerstman Schwartz, LLP
>1399 Franklin Avenue, Suite 200
>Garden City, NY  11530
>rkleinman@GerstmanSchwartz.com

>_/s/ Thomas Howley_
>Thomas Howley

80426727v.2