UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN RODRIGUEZ,<br><br>      Plaintiff(s),<br><br>  -against-<br><br>LOEWS HOTELS HOLDING CORPORATION, et al.,<br><br>      Defendant(s). | Case No. 1:20-cv-005053 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint status letter, dated September 29, 2022, filed in response to the Court's September 15, 2022 Reassignment Order. ECF No. 32. IT IS HEREBY ORDERED that the parties shall appear for a status conference on October 11, 2022, at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007 to discuss the status of case.

Dated: September 30, 2022
     New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge