UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN RODRIGUEZ,<br><br>       Plaintiff,<br><br>  -against-<br><br>LOEWS HOTELS HOLDING<br>CORPORATION, et al.,<br><br>       Defendant. | Case No. 1:20-cv-005053 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  In light of Plaintiff's counsel's failure to appear for the previously-scheduled October 11, 2022 status conference in this action, IT IS HEREBY ORDERED that the parties shall appear before the Court for a rescheduled conference on October 13, 2022 at 12:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. The parties shall be prompt and arrive well-prepared to address the status of this action.

Dated: October 11, 2022
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge