UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN RODRIGUEZ,<br><br>      Plaintiff,<br><br>  -against-<br><br>LOEWS HOTELS HOLDING CORPORATION, et al.,<br><br>      Defendants. | Case No. 1:20-cv-005053 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As discussed on the record at a status conference on October 13, 2022, IT IS HEREBY ORDERED that the parties shall endeavor in good faith to discuss consensual resolution of this case over the next two weeks.  IT IS FURTHER ORDERED that the parties shall update the Court as to the status of settlement discussions no later than **October 27, 2022** and shall promptly inform the Court if a referral to a Magistrate Judge for settlement discussions would be helpful.

  The parties shall otherwise comply with the Civil Case Management Plan and Scheduling Order which will be docketed forthwith.

Dated: October 13, 2022
   New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge